```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 05607
   LOUIE ALFRED FILSKOV
   WENDY MARIE FILSKOV                          CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
   SSN XXX-XX-3493      SSN XXX-XX-1201

-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/18/05 and confirmed on 04/08/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 128160.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | 59201.60 | .00 | 59201.60 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 16178.11 | .00 | 16178.11 |
| MIDWEST TITLE LOANS | SECURED | 1500.00 | 91.05 | 1500.00 |
| A+ ROOTER | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | 866.37 | .00 | 634.22 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 541.68 | .00 | 396.53 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DANIELK C MARZEC | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 515.03 | .00 | 377.02 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 579.02 | .00 | 423.87 |
| LAKEVIEW HEALTH SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| AFFIRMATIVE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL IMAGING PROFESSI | UNSECURED | NOT FILED | .00 | .00 |
| NEXTEL COMMUNICATIONS | UNSECURED | 2751.13 | .00 | 2013.94 |
| NICOR GAS | UNSECURED | 3586.04 | .00 | 2625.12 |
| NORTHWESTERN UNIVERSITY | UNSECURED | 14831.86 | .00 | 10857.51 |
| RILEY HEATING & COOLING | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ILLINOIS STUDENT ASSIST | UNSECURED | 30586.42 | .00 | 22390.48 |
| SALLIE MAE SERVICING COR | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING COR | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| STERLING AUTO BODY | UNSECURED | NOT FILED | .00 | .00 |
| STONE PARK CURRENCY EXCH | UNSECURED | NOT FILED | .00 | .00 |
| THE GERBER GROUP | UNSECURED | NOT FILED | .00 | .00 |

```
T MOBILE                    UNSECURED          502.91              .00        368.15
MIDWEST TITLE LOANS         UNSECURED         1450.00              .00       1061.46
ASSET ACCEPTANCE CORP       UNSECURED         2653.75              .00       1942.65
        Summary of disbursements:
-------------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  76879.71          .00      58864.21         .00       135743.92
PRINCIPAL PAID      76879.71          .00      43090.95         .00       119970.66
INTEREST PAID          91.05          .00           .00         .00           91.05
TOTAL PAID          76970.76          .00      43090.95         .00       120061.71
```

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   5398.29 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 11/12/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO.  05 B 05607 LOUIE ALFRED FILSKOV & WENDY MARIE FILSKOV